# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2016

*The Court of Appeals hereby passes the following order:*

**A16A2206. EILAND v. WATERFORD POINTE PROPERTY OWNERS ASSOCIATION, INC.**

The above-styled appeal was docketed in this Court on July 29, 2016. Pursuant to Rule 23 (a) of the Court of Appeals, appellant Eiland's brief was to be filed in this Court by August 19, 2016. Upon docketing of the appeal, this Court sent appellant a notice informing her of the filing deadline and that failure to timely file briefs or follow Court orders may cause the appeal to be dismissed. See Court of Appeals Rule 13. On August 16, appellant filed a motion to extend the period to file her brief by 20 days. This Court granted the motion, extending the filing deadline until September 6, 2016.

On September 8, after the extended deadline passed, appellant filed a "Motion to Reopen the Period to File Appellant's Brief and Extend the Deadline and the Subsequent Filing Deadlines by 14 Days." See Court of Appeals Rule 23 (a) (appellant's motion for extension of time to file brief must be filed prior to the date the documents are due or the Court may dismiss the appeal).

Having reviewed appellant's motion to extend the filing deadline a second time, which motion was filed after the date the brief was due, the motion is hereby DENIED.

In addition, the appeal is hereby DISMISSED. See Court of Appeals Rules 7 and 23.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   09/22/2016
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

           *Stephen E. Castlen*   , *Clerk.*